# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

June 10, 2005

ALL INTERESTED PARTIES OF RECORD

RE: CHERYL FOLLOWELL vs. GEORGE E. MILLS
District Court Civil No. 05-2423-Ma/P
Bankruptcy No. 97-35255-L          Adv. Proc. No. 04-00335

    Documents in the above styled action have been transmitted to this office from the bankruptcy court and docketed. This action has been assigned to U.S. District Judge Samuel H. Mays, Jr. and Magistrate Judge Tu M. Pham as **CASE NO. 05-2423-Ma/P.**

    Please use our **CASE NO. 05-2423-Ma/P,** and reference the bankruptcy numbers on all pleadings and correspondence relating to this case. ORIGINAL and TWO COPIES of all pleadings should be filed in this office.

Sincerely yours,

Robert R. Di Trolio, Clerk of Court

By: _Earline Drayer_
Deputy Clerk

cc:

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02423 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Virginia Townes
255 South Orange Avenue
Orlando, FL

Akerman Senterfitt
255 South Orange Avenue
Orlando, FL

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

James E. Foster
AKERMAN SENTERFITT & EIDSON PA
255 S. Orange Ave.
17th Floor
Orlando, FL 32802

John J. Cook
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT