IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHERYL FOLLOWELL,

      Appellant,

v.                                       CIVIL NO. 05-2423-Ma/P

GEORGE E. MILLS, JR.,

      Appellees.

Bankruptcy No. 97-35255-L        Adversary No. 04-00335

## ORDER SETTING SCHEDULING IN BANKRUPTCY APPEAL

The above-referenced matter was docketed in this court on June 1, 2005. Pursuant to Bankruptcy Rule 8009(a), the following schedule shall be followed:

1. The appellant shall serve and file a brief within 15 days of the entry of this Order.

2. The appellee shall serve and file a response brief within 15 days of the service of appellant's brief. If a cross-appeal is filed, the brief on the cross-appeal shall contain the issues and arguments pertinent to the cross-appeal and be so designated.

3. The appellant may serve and file a reply brief within 10 days of the service of appellee's brief.

4. If appellee has filed a cross-appeal, the appellee may file and serve a reply brief to appellant's response within 10 days after the service of the reply brief of the appellant.

No further briefs shall be filed without leave of Court.

Entered this 10th day of June, 2005.

ROBERT R. Di TROLIO, CLERK

BY: *Earline Drayer*
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02423 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Virginia Townes
255 South Orange Avenue
Orlando, FL

Akerman Senterfitt
255 South Orange Avenue
Orlando, FL

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

James E. Foster
AKERMAN SENTERFITT & EIDSON PA
255 S. Orange Ave.
17th Floor
Orlando, FL 32802

John J. Cook
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT