IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHERYL FOLLOWELL,

    Appellant,

VS.                              NO. 05-2423-MaP

GEORGE E. MILLS, JR.,

    Appellee.

ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

Before the court are the June 20, 2005, motions for admission *pro hac vice* of Virginia B. Townes and James E. Foster. Ms. Townes and Mr. Foster are members in good standing of the bar of the state of Florida. Ms. Townes is admitted to practice before the United States District Courts for the Northern and Middle Districts of Florida, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Supreme Court. Mr. Foster is admitted to practice before the United States District Courts for the Southern, Middle, and Northern Districts of Florida, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Supreme Court. Ms. Townes and Mr. Foster have obtained and are familiar with the local rules and professional guidelines of this court.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05

For good cause shown, the motions are granted and Virginia B. Townes and James E. Foster are admitted to participate in this action as counsel for appellee.

It is so ORDERED this **23d** day of June, 2005.

  
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02423 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

James E. Foster
AKERMAN SENTERFITT & EIDSON PA
255 S. Orange Ave.
17th Floor
Orlando, FL 32802

John J. Cook
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Virginia Townes
255 South Orange Avenue
Orlando, FL

Akerman Senterfitt
255 South Orange Avenue
Orlando, FL

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT