IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHERYL FOLLOWELL,

    Appellant,

VS.                             NO. 05-2423-MaP

GEORGE E. MILLS, JR.,

    Appellee.

ORDER GRANTING MOTION TO SUPPLEMENT RECORD ON APPEAL

Before the court is appellee's June 23, 2005, unopposed motion to supplement the record on appeal by adding Docket Entry 60 from Bankruptcy Court Adv. No. 04-00335. For good cause shown, the motion is granted and Appellee may supplement the record on appeal.

It is so ORDERED this 30th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02423 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Akerman Senterfitt
255 South Orange Avenue
Orlando, FL

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Virginia Townes
255 South Orange Avenue
Orlando, FL

John J. Cook
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

James E. Foster
AKERMAN SENTERFITT & EIDSON PA
255 S. Orange Ave.
17th Floor
Orlando, FL 32802

Honorable Samuel Mays
US DISTRICT COURT